IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-_____ |
| v. | : | DATE FILED: _____ |
| | : | VIOLATIONS: |
| RAMIZ DUKA | | 18 U.S.C. § 844(n) (conspiracy to commit |
| XAVIER RAMOS LEAL | : | malicious damage by means of fire of a |
| | | building used in interstate commerce – 1 |
| | : | count) |

**FILED UNDER SEAL**

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. 1388 Bridgewater Road, Bensalem, Pennsylvania, within the Eastern District of Pennsylvania, was a warehouse used in interstate commerce. In December 2022, the warehouse was being leased by an internet-based book business which utilized the warehouse for the storage of materials, including books. This company's products traveled in interstate commerce.

2. The owners of the warehouse received rent from the business that was renting the warehouse, affecting interstate commerce.

1

3. From in or about November 2022 continuing through at least December 19, 2022, within the Eastern District of Pennsylvania, the District of New Jersey, and elsewhere, defendants

**RAMIZ DUKA and
XAVIER RAMOS LEAL**

conspired and agreed, together and with an individual known to the grand jury and identified herein as Person 1, charged elsewhere, and other individuals unknown to the grand jury, to commit the offense of malicious damage and destruction, by means of fire, of a building used in interstate commerce and in activities affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i), namely, the building located at 1388 Bridgewater Road, Bensalem, Pennsylvania, within the Eastern District of Pennsylvania, and personal injury to a public safety officer resulted.

## MANNER AND MEANS

It was part of the scheme that:

5. On or about December 10, 2022, Person 1 ignited multiple fires which damaged the real property and the property items located at and inside 1388 Bridgewater Road, Bensalem, Pennsylvania.

6. In exchange for setting this fire, defendant RAMIZ DUKA paid defendant XAVIER RAMOS LEAL and Person 1 $15,000. Half of this money was provided before the fire was set, with the reminder provided after the fire was set. Defendant RAMOS LEAL and Person 1 split the $15,000 between the two of them.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, defendants RAMIZ DUKA, XAVIER RAMOS LEAL, and Person 1, together with others unknown to the grand

jury, committed the following overt acts, among others, in the Eastern District of Pennsylvania, the District of New Jersey, and elsewhere:

1. In or about November 2022, on a date unknown but prior to November 28, 2022, defendant XAVIER RAMOS LEAL and Person 1 met with defendant RAMIZ DUKA in the District of New Jersey to discuss causing damage to the warehouse at 1388 Bridgewater Road. Defendant DUKA asked defendant RAMOS LEAL and Person 1 to damage the warehouse for "the owner," who defendant DUKA said was a friend of his. "The owner" wanted to collect insurance money as a result of this damage, and defendant DUKA agreed to pay defendant XAVIER RAMOS LEAL and Person 1 to damage the warehouse. Defendant DUKA provided defendant XAVIER RAMOS LEAL and Person 1 a key to enter the warehouse at 1388 Bridgewater Road.

2. On or about November 28, 2022, defendant XAVIER RAMOS LEAL and Person 1 traveled to 1388 Bridgewater Road, Bensalem, Pennsylvania, to look at the warehouse. They attempted to use the key provided by defendant RAMIZ DUKA to enter the warehouse, but it did not work.

3. On a date unknown, but several days after November 28, 2022, defendant XAVIER RAMOS LEAL and Person 1 met with defendant RAMIZ DUKA again in the District of New Jersey to discuss the plan to damage the warehouse at 1388 Bridgewater Road. Defendant RAMOS LEAL and Person 1 returned the key that did not work to defendant DUKA.

4. On or about December 6, 2022, defendant RAMIZ DUKA met with Person 1 in the District of New Jersey. Defendant DUKA provided Person 1 with a new key to access 1388 Bridgewater Road.

5. On or about December 7, 2022, defendant RAMIZ DUKA met with Person 1 in the District of New Jersey. Defendant DUKA provided Person 1 $7,500 in cash as a down payment for the damage to be done to 1388 Bridgewater Road. Person 1 provided a portion of this money to defendant XAVIER RAMOS LEAL.

6. On or about December 10, 2022, Person 1 traveled to 1388 Bridgewater Road, Bensalem, Pennsylvania, where he entered the building using the key provided by defendant RAMIZ DUKA. Once inside, he set multiple fires inside the building.

7. On or about December 10, 2022, after the fire was set by Person 1 to 1388 Bridgewater Road, defendant RAMIZ DUKA met with Person 1 in the district of New Jersey. Defendant DUKA provided Person 1 with an additional $7,500 for starting the fire. Person 1 again provided a portion of this money to defendant XAVIER RAMOS LEAL for his assistance with the conspiracy to damage 1388 Bridgewater Road by fire.

All in violation of Title 18, United States Code, Section 844(n).

## NOTICE OF FORFEITURE 1

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Section 844, set forth in this information, defendant

### RAMIZ DUKA

shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such violations.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(2).

## NOTICE OF FORFEITURE 2

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

1. As a result of the violations of Title 18, United States Code, Section 844, set forth in this information, defendant

**XAVIER RAMOS LEAL**

shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such violations, including, but not limited to, the sum of $7,500.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

    (f) cannot be located upon the exercise of due diligence;

    (g) has been transferred or sold to, or deposited with, a third party;

    (h) has been placed beyond the jurisdiction of the Court;

    (i) has been substantially diminished in value; or

    (j) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(2).

A TRUE BILL:

███████████

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

**RAMIZ DUKA**
**XAVIER RAMOS LEAL**

### INDICTMENT



mmerce – 1 count)

Filed in